MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
CHEYENNE A. KIDD, ESQ.
Nevada Bar No. 16559
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
tlund@grsm.com
ckidd@grsm.com

*Attorneys for Defendant*
*Belmar Integrated Logistics*

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KAYLANIE LAVENDER, an individual,

Plaintiff,

vs.

BELMAR INTEGRATED LOGISTICS, a Company operating in Nevada,

Defendant.

Case No.: 2:26-cv-01995-JAD-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF NO 1]**

***FIRST REQUEST***

Pursuant to Local Rule 7-1, Plaintiff KAYLANIE LAVENDER, by and through her counsel F. TRAVIS BUCHANAN, ESQ. of the law firm F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC and Defendant BELMAR INTEGRATED LOGISTICS, by and through their counsel CHEYENNE A. KIDD, ESQ. of the law firm GORDON REES SCULLY MANSUKHANI, LLP, stipulate as follows:

1. Plaintiff filed their Complaint on July 1, 2026 [ECF No. 1].

2. Defendant was served with the Summons and Complaint on September 8, 2026 [ECF No. 6].

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

3. Defendant's recently retained counsel and a short extension is necessary to allow Defendant's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff has no objection to the extension.

5. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before October 13, 2026.

Dated this 1st day of October 2026.

**F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC**

/s/ F. Travis Buchanan (w/permission)

F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
701 East Bridger Ave., Suite 540
Las Vegas, Nevada 89101
travis@ftblawlv.com

***Attorney for Plaintiff***
***Kaylanie Lavender***

Dated this 1st day of October 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Cheyenne A. Kidd

MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
CHEYENNE A. KIDD, ESQ.
Nevada Bar No. 16559
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
mayers@grsm.com
tlund@grsm.com
ckidd@grsm.com

***Attorneys for Defendant***
***Belmar Integrated Logistics***

**ORDER**

The parties do not include a statement that informs the Court of all previous extensions of the subject deadline. *See* LR IA 6-1(a). Nonetheless, the Court GRANTS the parties' stipulation. Going forward, the parties must comply with the Local Rules in their filings.

IT IS SO ORDERED.

DATED: October 2, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of GORDON REES SCULLY MANSUKHANI, LLP, and that on this date, a true and correct copy STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF NO 1] *FIRST REQUEST* was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record:

F. Travis Buchanan, Esq.
Nevada Bar No. 9371
F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC
701 East Bridger Ave., Suite 540
Las Vegas, Nevada 89101
travis@ftblawlv.com

*Attorney for Plaintiff*
*Kaylanie Lavender*

Dated: October 1, 2026

By: */s/ Tammy Kassen*
An Employee of GORDON REES SCULLY MANSUKHANI

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101